

# THE ATTORNEY GENERAL
## OF TEXAS

### AUSTIN 11, TEXAS

PRICE DANIEL
*ATTORNEY GENERAL*

December 16, 1948

Hon. C. H. Cavness
State Auditor
Austin, Texas

Opinion No. V-740.

Re: The legality of full-
time salaried State
employees also being
Justices of the Peace
or Weathermen for the
Federal Government.

Dear Sir:

Your request for an opinion by this office
upon the above subject matter is as follows:

"In our audit of the accounts of one
of our State institutions we have found
that two full-time salaried employees
are holding at the same time other posi-
tions as follows:

1. Justice of the Peace
2. Weatherman for the United States
Government

"We understand that both of these
are only part-time arrangements that do
not interfere with the respective State
full-time jobs, but we believe we should
ask your opinion as to whether either or
both of these instances are in conflict
with the provisions of Section 33 of Ar-
ticle 16 of the State's Constitution."

Section 33 of Article XVI of the Constitution
contains the following:

"The Accounting Officers of this
State shall neither draw nor pay a war-
rant upon the Treasury in favor of any
person, for salary or compensation as
agent, officer or appointee, who holds
at the same time any other office or

position of honor, trust or profit, un-
der this State or the United States, ex-
cept as prescribed in this Constitution
。。。

Section 40 of Article XVI says that:

"No person shall hold or exercise, at
the same time, more than one civil office
of emolument, except that of Justice of
Peace。。。"

A Justice of Peace is one of those officers
referred to in Section 33 where it says no persons
shall be paid out of the Treasury who hold another of-
fice or position 。。。 "except as prescribed in this
Constitution." The Justice of Peace, therefore, may
hold both positions under Section 40 and be paid under
Section 33 as a State employee as an express exception.
It is assumed that no question of incompatibility is
involved。

Your letter does not give the facts as to
the nature of the employment of the U. S. Weatherman。
If he is simply an unpaid observer who holds no posi-
tion of honor or trust, he is entitled to his state
pay under Section 33。 On the other hand, if he holds
a federal appointment which is one of honor or trust,
or one which carries remuneration, he may not be paid
from the Treasury for his state job。 Section 33 says
plainly that a state employee may not be paid from the
Treasury "who holds at the same time any other office
or position of honor, trust or profit under this state
or the United States。" Similar rulings have been re-
quired by Section 33 with regard to other state employ-
ees who simultaneously held federal jobs: Agent of
Census Bureau (O-58); Deputy U. S. Game Warden (O-1421);
U. S. Government printer (O-3542); War Labor Board (O-
5232); civil service job (O-5317 and O-7813)。 Enclos-
ed is a copy of Opinion O-6232 which cites many of these
opinions。

## SUMMARY

The office of Justice of Peace is ex-
pressly exempt in Section 40 of Article XVI,
Texas Constitution, which prohibits the
holding of more than one office。 A Justice

of Peace may hold another civil office under Section 40 and be paid under Section 33 of Article XVI for his services as a State officer or employee.  Section 33 exempts from its application those offices also exempt elsewhere in the Constitution, including Section 40.  (No question of incompatibility involved.)

The accounting officers of this State may not pay a state employee from the Treasury who holds at the same time a position of honor, trust, or profit with the U. S. Government.  If the U. S. Weatherman in question holds such a position he should not be paid for his state employment.  If he is simply an unpaid observer, who holds no appointment, Section 33 has no application, and he may be paid for his state employment.  Art. XVI, Sec. 33.

Yours very truly,

ATTORNEY GENERAL OF TEXAS

By

Ocie Speer
Assistant

OS:erc:wb

APPROVED:

ATTORNEY GENERAL